| | |
|---|---|
| | Honorable Mary Alice Theiler |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| PUGET SOUND ELECTRICAL WORKERS HEALTHCARE TRUST; PUGET SOUND ELECTRICAL WORKERS PENSION TRUST; PUGET SOUND ELECTRICAL WORKERS 401(K) SAVINGS PLAN TRUST; PUGET SOUND ELECTRICAL JOINT APPRENTICESHIP AND TRAINING TRUST; and NATIONAL ELECTRICAL BENEFIT FUND,<br><br>Plaintiffs,<br>v.<br><br>SENTRY STORAGE PARTNERS II, LLC d/b/a BOBCAT CONSTRUCTION,<br><br>Defendant. | Cause No. 17-cv-1124 MAT<br><br>ORDER ON PLAINTIFFS' MOTION FOR AN AWARD OF ATTORNEY FEES AND COSTS AND FOR ENTRY OF JUDGMENT |

This matter is before the Court on plaintiff Trust Funds' motion for entry of an award of attorney fees and costs, and for entry of judgment. The Court has considered the motion and supporting papers; notes the lack of any opposition of defendant; the Trust Funds' reply, as well as the pleadings, files, and court records in this matter.

Being otherwise fully advised, the Court ORDERS:

1. Plaintiffs' motion for an award of attorney fees and costs, and for entry of judgment, is GRANTED;

McKENZIE ROTHWELL
BARLOW & COUGHRAN, P.S.
1325 FOURTH AVENUE, SUITE 910
SEATTLE, WA 98101
(206) 224-9900

2. Sentry Storage Partners II, LLC d/b/a BobCat Construction is liable to the Plaintiffs for $144,470.24 in fringe benefit contributions, as set forth in the February 7, 2017 payroll compliance report;

3. Sentry Storage Partners II, LLC d/b/a BobCat Construction is liable to the Plaintiffs for $14,789.32 in liquidated damages, as set forth in the February 7, 2017 payroll compliance report;

4. Sentry Storage Partners II, LLC d/b/a BobCat Construction is liable to the Plaintiffs for $31,054.57 in accrued interest through the date of the audit, as set forth in the February 7, 2017 payroll compliance report;

5. Sentry Storage Partners II, LLC d/b/a BobCat Construction is liable to the Plaintiffs for $18,846.55 in additional accrued interest through the May 21, 2018 order granting summary judgment in this matter;

6. Sentry Storage Partners II, LLC d/b/a BobCat Construction is liable to the Plaintiffs for $2,929.25 in accounting fees, as set forth in the February 7, 2017 payroll compliance report;

7. Sentry Storage Partners II, LLC d/b/a BobCat Construction is liable to the Plaintiffs for $9,926.00 in attorney fees under ERISA;

8. Sentry Storage Partners II, LLC d/b/a BobCat Construction is liable to the Plaintiffs for $608.80 in costs incurred in this action;

9. This judgment shall bear interest at the 12 percent, per annum rate specified in the applicable trust agreements from the date of this judgment until paid in full, as allowed under 29 U.S.C. § 1132(g)(2); and

10. The Clerk of Court is directed to enter judgment against defendant Sentry Storage Partners II, LLC d/b/a BobCat Construction consistent with this order.

Dated: <u>June 26, 2018</u>.

_[signature]_
Mary Alice Theiler
United States Magistrate Judge

ORDER – 2
17-cv-1124 MAT

6900 005 tf131903

McKENZIE ROTHWELL
BARLOW & COUGHRAN, P.S.
1325 FOURTH AVENUE, SUITE 910
SEATTLE, WA 98101
(206) 224-9900